FILED

09/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0053

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 20-0053

|  |  |  |
|---|---|---|
| **A & A CONSTRUCTION, INC.,** | ) | |
| | ) | |
| **Plaintiff-Appellant,** | ) | ORDER |
| | ) | |
| **v.** | ) | |
| **ATLANTIC CASUALTY INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant-Appellee,** | ) | |
| | ) | |

Upon Stipulation of the parties and for good cause shown,

IT IS ORDERED that the case is dismissed WITH PREJUDICE. Each party shall bear its own costs and expenses.

SO ORDERED this _____ day of _____, 2020.

For the Court

By:_____
                              Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 14 2020